IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| JAIME DEGAN, ) | |
| ) | |
| Plaintiff, ) | 8:04CV607 |
| ) | |
| v. ) | |
| ) | |
| THE FIELD CLUB OF OMAHA, a ) | ORDER |
| Nebraska corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      This matter is before the Court on plaintiff's motion for extension of discovery deadline (Filing No. 23) and plaintiff's motion for leave to file amended complaint (Filing No. 24). The Court notes that in each of plaintiff's motions, it is stated that defendant objects. However, no reasons have been advanced by defendant as to why these motions should not be granted.

      After review of plaintiff's proposed amended complaint, the Court is satisfied that the motion to amend the complaint should be granted. Under the circumstances, a new progression schedule should be entered. For this reason, the motion for extension of discovery deadline will be granted. Accordingly,

      IT IS ORDERED:

      1) Plaintiff's motion for extension of discovery deadline is granted; the parties shall file a joint amended

planning report for use by the Court in entering a final progression order.

2) Plaintiff's motion for leave to file an amended complaint is granted; plaintiff shall have until November 10, 2005, to file an amended complaint; defendant shall have until November 30, 2005, to respond thereto.

DATED this 4th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court