IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JAIME DEGAN,                    )
                                )
          Plaintiff,            )         8:04CV607
                                )
     v.                         )
                                )
THE FIELD CLUB OF OMAHA, a      )         ORDER
Nebraska corporation,           )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion to withdraw motion to compel and amended motions to compel without prejudice (Filing No. 36). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to withdraw motion to compel and amended motions to compel (Filing Nos. 31, 32 and 34) is granted. Said motions are deemed withdrawn without prejudice.

DATED this 3rd day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court