IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JAIME DEGAN,                      )
                                  )
           Plaintiff,             )        8:04CV607
                                  )
     v.                           )
                                  )
THE FIELD CLUB OF OMAHA, a        )        ORDER
Nebraska corporation,             )
                                  )
           Defendant.             )
_____)
```

This matter is before the Court on the stipulation of dismissal (Filing No. 39). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 28th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court